

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

July 31, 2024

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re:  *United States v. $878,177.99 formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions, LLC and all monies, funds and assets traceable thereto,*
           **24 Civ. 4874 (DEH)**

Dear Judge Ho:

    The Government respectfully writes to advise the Court of pending criminal charges that were filed against several individuals in relation to, among other things, the transactions underlying the civil forfeiture proceedings in this case. *See United States v. Maximilien de Hoop Cartier, et. als.*, 24 Cr. 133 (MKV).

    Given the pendency of substantially related criminal proceedings, it is respectfully requested that the Initial Pretrial Conference and all discovery in the above-captioned matter be stayed during the pendency of the criminal case, or until a party applies to lift the stay, so as not to adversely affect the rights of Mr. Cartier, a potential claimant in this action. The Government has discussed this with counsel for Mr. Cartier, who does not object to this request.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney
                                      Southern District of New York

                              By:   /s/_____
                                    Jennifer Ong
                                    Assistant United States Attorney
                                    Tel. (212) 637-2224

cc: Jeremy Schneider, Esq.
    jschneider@rssslaw.com