

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

October 31, 2024

<u>**VIA ECF**</u>
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

       Re: *United States v. $878,177.99 formerly on deposit in Wells Fargo account*
          *3538891296, held in the name of Bullpix Solutions, LLC and all monies,*
          *funds and assets traceable thereto,*
          ***24 Civ. 4874 (DEH)***

Dear Judge Ho:

      The Government respectfully submits this letter to provide a status update on the companion criminal case of *United States v. Maximilien de Hoop Cartier, et. als*., 24 Cr. 133 (MKV), which charges arose from the transactions underlying the above-referenced civil forfeiture matter. The parties are still in the process of exchanging voluminous discovery and recently requested additional time to complete their review of all the materials. Accordingly, the status conference that had been scheduled for October 17, 2024 before Judge Vyskocil was adjourned to December 11, 2024.

      The Government respectfully requests the Court maintain the stay of this matter, and will provide a further status update on the criminal matter within ninety (90) days, on or before February 1, 2025.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney
                      Southern District of New York

             By:   /s/
                  Jennifer Ong
                  Assistant United States Attorney
                  Tel. (212) 637-2224

cc: Jeremy Schneider, Esq.
    jschneider@rssslaw.com