

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

January 31, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

> Re:  *United States v. $878,177.99 formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions, LLC and all monies, funds and assets traceable thereto,*
> **24 Civ. 4874 (DEH)**

Dear Judge Ho:

    The Government respectfully submits this letter to provide a status update on the companion criminal case of *United States v. Maximilien de Hoop Cartier, et. als*., 24 Cr. 133 (MKV), which charges arose from the transactions underlying the above-referenced civil forfeiture matter.

    The parties appeared for a conference before Judge Vyskocil on December 11, 2024, during which Judge Vyskocil denied the defendant's bail application and entered a scheduling order setting a motion deadline of January 31, 2025, and a trial date of June 9, 2025. Following that conference, the parties attempted to engage in plea negotiations which were unsuccessful at that time. This past week, the defendant filed several *pro se* motions, including a motion to relieve his counsel, Jeffrey Cohn, Esq. As a result of these motions, Judge Vyskocil ordered another status conference for February 6, 2025.

Page 2

  The Government respectfully requests the Court maintain the stay of this matter, and will provide a further status update on the criminal matter within ninety (90) days, on or before May 1, 2025.

               Respectfully submitted,

               DANIELLE R. SASSOON
               United States Attorney
               Southern District of New York

            By:  /s/_____
               Jennifer Ong
               Assistant United States Attorney
               Tel. (212) 637-2224

cc: Jeffrey Cohn, Esq.
  jcohnlaw@hotmail.com