**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

May 1, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

      Re: *United States v. $878,177.99 formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions, LLC and all monies, funds and assets traceable thereto,*
            ***24 Civ. 4874 (DEH)***

Dear Judge Ho:

      The Government respectfully submits this letter to provide a status update on the companion criminal case of *United States v. Maximilien de Hoop Cartier, et. als*., 24 Cr. 133 (MKV), which charges arose from the transactions underlying the above-referenced civil forfeiture matter.

      The parties appeared for a conference before Judge Vyskocil on February 6, 2025, during which Judge Vyskocil appointed new counsel to represent the defendant and denied all of the defendant's *pro se* motions. The parties then appeared before Judge Vyskocil on February 28, 2025, during which Judge Vyskocil set a new trial date of November 10, 2025. Last week, on April 25, 2025, the defendant filed a motion to dismiss the indictment. The Government's opposition is due May 9, 2025.

[Continued on next page]

The Government respectfully requests the Court maintain the stay of this matter, and will provide a further status update on the criminal matter within ninety (90) days, on or before August 1, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: __/s/_____
    Jennifer Ong
    Assistant United States Attorney
    Tel. (212) 637-2224

cc: All Counsel of Record (by ECF)