

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

July 31, 2025

Application GRANTED.  The Government shall file a further status update **by October 30, 2025**.  SO ORDERED.

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Dated: August 4, 2025
New York, New York

Dale E. Ho
United States District Judge

Re:  *United States v. $878,177.99 formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions, LLC and all monies, funds and assets traceable thereto,*
**24 Civ. 4874 (DEH)**

Dear Judge Ho:

The Government respectfully submits this letter to provide a status update on the companion criminal case of *United States v. Maximilien de Hoop Cartier, et. al*., 24 Cr. 133 (MKV), which charges arose from the transactions underlying the above-referenced civil forfeiture matter.

The Government and the defendant Maximilien de Hoop Cartier appeared for a conference before Judge Vyskocil on February 6, 2025, during which Judge Vyskocil appointed new counsel to represent Cartier and denied all of Cartier's *pro se* motions. The parties then appeared before Judge Vyskocil on February 28, 2025, during which Judge Vyskocil set a new trial date of November 17, 2025.[1] On April 25, 2025, Cartier filed a motion to dismiss the indictment, which the Government opposed. That motion is still pending.

On May 16, 2025, co-defendants Felipe Estrada Echeverry and Adrian Fernando Areiza Ceballos were extradited from Colombia to the United States. On July 10, 2025, co-defendants Leonardo de Jesus Zuluaga Duque and Alexander Egidio Areiza Ceballos were extradited from Colombia to the United States. Judge Vyskocil has not set a trial date as to these defendants.

---

[1] In a prior letter to the Court, the Government mistakenly stated that the trial was scheduled to begin on November 10, 2025. The Government apologizes for this typographical error and any confusion it may have caused.

On July 28, 2025, a grand jury sitting in this District returned a superseding five-count indictment charging Cartier with one count of conspiracy to commit money laundering, two counts of money laundering, one count of bank fraud, and one count of operating an unlicensed money remitting business. Cartier was originally scheduled to be arraigned on that indictment on August 5, 2025. The Government understands that the Court intends to adjourn the arraignment to another date the following week.

The Government respectfully requests the Court maintain the stay of this matter, and will provide a further status update on the criminal matter within ninety (90) days, on or before October 30, 2025.

> Respectfully submitted,
>
> JAY CLAYTON
> United States Attorney
> Southern District of New York
>
> By: __/s/_____
> Jennifer Ong
> Assistant United States Attorney
> Tel. (212) 637-2224

cc: All Counsel of Record (by ECF)