

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

October 30, 2025

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

    Re:  *United States v. $878,177.99 formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions, LLC and all monies, funds and assets traceable thereto,*
        **24 Civ. 4874 (DEH)**

Dear Judge Ho:

    The Government respectfully submits this letter to provide a status update on the companion criminal case of *United States v. Maximilien de Hoop Cartier, et. al.*, 24 Cr. 133 (MKV), which charges arose from the transactions underlying the above-referenced civil forfeiture matter.

    On October 23, 2025, the defendant Maximilien de Hoop Cartier pled guilty to a superseding information charging him with conspiracy to commit bank fraud and operation of an unlicensed money remitting business. His sentencing is scheduled for February 3, 2026. The remaining defendants in the *Cartier* case are scheduled to start trial on January 26, 2026. Accordingly, the Government respectfully requests the Court maintain the stay of this matter, and will provide a further status update on the criminal matter within approximately ninety (90) days, on or before January 30, 2026.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney
                Southern District of New York

    By:  /s/
                Jennifer Ong
                Assistant United States Attorney
                Tel. (212) 637-2224

cc: All Counsel of Record (by ECF)